Filed 9/2/25  P. v. Arias CA4/2

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

| | |
|---|---|
| THE PEOPLE, | |
| Defendant and Appellant, | E085248 |
| v. | (Super.Ct.No. RIF1805023) |
| JOSEPH ANDREW ARIAS, | OPINION |
| Defendant and Appellant. | |

APPEAL from the Superior Court of Riverside County.  David A. Gunn, Judge. Dismissed.

James M. Kehoe, under appointment by the Court of Appeal, Joseph Arias in Pro. Per. for Defendant and Appellant.

No appearance by Plaintiff and Respondent.

1

On the court's own motion, the appeal filed in the superior court on April 17, 2025, from the trial court's denial of defendant's postjudgment petition for resentencing under Penal Code section 1172.75 is dismissed because it does not affect defendant's substantial rights. (Pen. Code, § 1237, subd. (b).) Defendant was not authorized to bring a petition for resentencing under section 1172.75, and the trial court lacked jurisdiction to adjudicate his petition. (See *People v. Burgess* (2022) 86 Cal.App.5th 375, 380-382, 384 ["[S]ection 1172.75 simply does not contemplate resentencing relief initiated by any individual defendant's petition or motion."].) Since the court lacked jurisdiction when it denied defendant's resentencing petition, denial of the petition could not have affected his substantial rights. (*People v. Chlad* (1992) 6 Cal.App.4th 1719, 1725-1726.) Accordingly, the order denying defendant's petition for resentencing is not an appealable order, and the appeal must be dismissed. (*Id.* at p. 1725; see *People v. Fuimaono* (2019) 32 Cal.App.5th 132, 135.)

DISPOSITION

The appeal is dismissed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

FIELDS    
             J.

We concur:

CODRINGTON 
    Acting P. J.

RAPHAEL  
      J.